# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

               Respondent,

    v.

PEDRO PABLO NAVARRO,

               Appellant.

No. 75076-3-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: __APR 1 7 2017__

PER CURIAM. — Pedro Navarro appeals from the sentence imposed following this court's remand. State v. Navarro, 188 Wn. App. 550, 354 P.3d 22 (2015) (affirming convictions and remanding for specified corrections in the sentence), review denied, 184 Wn.2d 1031 (2016). We accept the State of Washington's concession that the sentencing court on remand exceeded this court's mandate when it increased the term of confinement to 120 months. Accordingly, we reverse that portion of the sentence and remand with instructions to re-impose the original 114-month term of confinement.

Reversed in part and remanded.

For the Court:

FILED
COURT OF APPEALS DIV I
STATE OF WASHINGTON
2017 APR 17 AM 8: 51